IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL MCEVOY

       Plaintiff,

vs.                                           CASE NO.: 5:05cv206-SPM/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's motion to voluntarily dismiss his case (doc. 14) and the Magistrate Judge's Report and Recommendation (doc.15), to which no objections have been filed, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 15) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2).

DONE AND ORDERED this 23rd day of February, 2007.

                                                 *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge